```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES                      :
                                   :
                                   :    ORDER
      - v -                        :
                                   :    20 Mj. 1915 (UA)
CHARLETON HIGHTOWER,               :
                                   :
              Defendant.           :
-----------------------------------X
```

Kevin N. Fox, United States Magistrate Judge.

The Bureau of Prisons is DIRECTED to release to defense counsel, Ariel Werner, Esq., by no later than 3:00 p.m. on Thursday, May 28, 2020, Charleton Hightower's medical records from the time he entered into the custody of the Bureau of Prisons to the present.

Dated:  May 19, 2020
        New York, New York           SO ORDERED:

                                     *Kevin Nathaniel Fox* (signature)
                                     _____
                                     HONORABLE KEVIN N. FOX
                                     UNITED STATES MAGISTRATE JUDGE